UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEEN R. VANCLEAVE,

        Plaintiff,                  CIVIL ACTION NO. 05-60247

v.

                                       HON. JOHN CORBETT O'MEARA

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## **JUDGMENT**

This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

It is ORDERED and ADJUDGED that defendant's motion for summary judgment is GRANTED and plaintiff's motion for summary judgment is DENIED and the complaint is dismissed.

| | |
|---|---|
| Dated in Ann Arbor, Michigan | DAVID WEAVER |
| July 20, 2006 | CLERK OF COURT |
| | s/William Barkholz |
| | Deputy Clerk |

APPROVED:
s/John Corbett O'Meara
United States District Judge